(132 So. 917)

Henry JONES v. STATE.
8 Div. 29.

Court of Appeals of Alabama.
Jan. 27, 1931.

RICE, J.
Appeal dismissed.

(137 So. 922)

Jim JONES v. STATE.
I Div. 48.

Court of Appeals of Alabama.
Oct. 16, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(131 So. 921)

Josie JONES et al. v. STATE.
6 Div. 864.

Court of Appeals of Alabama.
Dec. 16, 1930.

SAMFORD, J.
Appeal dismissed.

(131 So. 921)

Lester JONES v. STATE.
6 Div. 946.

Court of Appeals of Alabama.
Dec. 16, 1930.

SAMFORD, J.
Affirmed.

(135 So. 724)

Mrs. R. E. JONES v. STATE.-
7 Div. 783.

Court of Appeals of Alabama.
June 9, 1931.

BRICKEN, P. J.
Affirmed.

(134 So. 921)

Zack JONES v. STATE.
6 Div. 934.

Court of Appeals of Alabama.
May 12, 1931.

BRICKEN, P. J.
Affirmed.